## J. Ake *v.* The State.

Bail-bond—Date. — A bail-bond contained no other date than "Witness our hands, this — day of —, A. D. 187–;" but the sheriff's approval at the foot was dated February 1, 1876. *Held*, that the date of the sheriff's approval sufficiently fixes the date of the bond, and also makes certain the "next term" of the court to which the bond was returnable.

Appeal from the District Court of Williamson. Tried below before the Hon. E. B. Turner.

The appellant was a surety on the bail-bond of one Silas Berry, who was indicted for theft.

*Hughes & Key*, for the appellant.

*George McCormick*, Assistant Attorney-General, for the State.

White, J. The objection to the forfeited bond in this case is that the bond on its face does not show the date of

its execution, or, if it does, that then the date is an impossible one so far as the conditions of the obligation are concerned. The date as set out in the body of the bond is in these words: "Witness our hands, this — day of —, A. D. 187–." Then follow the signatures of the obligors, and immediately below their signatures is the following: "The foregoing bond approved by me this 1st day of February, A. D. 1876. S. M. Strayhorn, sheriff of Williamson County, Texas." The approval of the sheriff sufficiently fixes and makes certain the date of its execution.

This date being certain, the other objection — that the bond is indefinite because it binds the obligors that their principal shall "appear before the District Court of Williamson County aforesaid at the next term thereof, in Georgetown, A. D. 1876"— must also fall to the ground. "The next term" is the term next after the date of the approval by the sheriff.

The same objection was urged by plea in abatement to the writ of *scire facias;* but this writ states that the bond was approved by the sheriff February 1, A. D. 1876, and fully in other respects apprised the sureties of what they were called upon to answer.

We see no error in the proceedings had, and the judgment is, therefore, affirmed.

*Affirmed.*